UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:07CV-25-H

RODNEY STEWART                                                   PLAINTIFF

V.

CLASSICKLE, INC.                                               DEFENDANT

**MEMORANDUM AND ORDER**

      Defendant, Classickle, Inc., has moved to dismiss Plaintiff's claims on the grounds that he is deceased and no one has responded as a real party in interest.

      The Court has reviewed the file and finds that no person has responded to Defendant's recent motion and no person of authority appears willing to take up the pursuit of any claims which might exist. Being otherwise sufficiently advised,

      IT IS HEREBY ORDERED that Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

cc:    Next of Kin of Rodney Stewart
       Counsel of Record